AO91 (Rev. 12/03)  Criminal Complaint                                          AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**　　　　　　　**CRIMINAL COMPLAINT**
　　　　　　　vs.

Angel Arael MORALES-De Leon　　　　　　　Case Number: 1:19-po-4056
A205 756 056  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __July 19, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on July 19, 2019. The defendant is a citizen of Mexico who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on July 19, 2019 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:　　☐ Yes　☒ No

　　　　　　　　　　　　　　　　　　　　　　/S/  Torres1, Juan  Border Patrol Agent
　　　　　　　　　　　　　　　　　　　　　　Signature of Complainant

　　　　　　　　　　　　　　　　　　　　　　Torres1, Juan    Border Patrol Agent
Sworn to before me and signed in my presence,　Printed Name of Complainant

July 20, 2019　　　　　　　　　　　　　at　　Brownsville, Texas
Date　　　　　　　　　　　　　　　　　　　　City/State

Ignacio Torteya III　　　U.S. Magistrate Judge
Name of Judge　　　　　Title of Judge　　　　　Signature of Judge