United States District Court
Southern District of Texas
**ENTERED**
July 22, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

UNITED STATES OF AMERICA

                Plaintiff

v.                                Case No.: 1:19–po–04056
                                     Magistrate Judge Ignacio Torteya III

Angel Arael Morales–De Leon

                Defendant

---

**JUDGMENT**

On **7/22/19**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. §1325(a)(1), as charged in the Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to time served.

A $10.00 special assessment is imposed.

DONE at Brownsville, Texas, on **7/22/19**.

                                                  Ignacio Torteya, III
                                                  United States Magistrate Judge